UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO: DR:23-CR-01314(1)-AM |
| | § | |
| (1) LUIS FERNANDO MENDOZA-RODRIGUEZ | § | |

### ORDER OF REFERRAL

The Court hereby ORDERS that the above-styled case is referred to the **Honorable MATTHEW H. WATTERS**, United States Magistrate Judge, for the purpose of rearraignment/plea. **Plea is set for July 31, 2023 @ 1:30 p.m.**

SIGNED this 5th day of July, 2023

_____
ALIA MOSES
CHIEF U.S. DISTRICT JUDGE